

**M.G., Petitioner**

v.

**L.D., Respondent**

**M.G., Petitioner**

v.

**L.D. and C.B.D., Respondents**

No. 148 MAL 2017
No. 149 MAL 2017

Supreme Court of Pennsylvania.

May 12, 2017

## ORDER

PER CURIAM

**AND NOW**, this 12th day of May, 2017, the Petition for Allowance of Appeal is **DENIED.**

■

**IN the INTEREST OF: T.S.**

**Petition of: Commonwealth of Pennsylvania**

No. 487 WAL 2016

Supreme Court of Pennsylvania.

May 15, 2017

## ORDER

PER CURIAM

**AND NOW**, this 15th day of May, 2017, the Petition for Allowance of Appeal is **DENIED.**

■

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**David Stephen SULLIVAN, Petitioner**

No. 503 WAL 2016

Supreme Court of Pennsylvania.

May 15, 2017

## ORDER

PER CURIAM

**AND NOW**, this 15th day of May, 2017, the Petition for Allowance of Appeal is **DENIED.**

■

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Eugene MYRICK, Petitioner**

No. 531 EAL 2016

Supreme Court of Pennsylvania.

May 15, 2017